# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RUTH SAKE,** | ) | |
| | ) | **Case No. 8:16CV423** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **PRUDENTIAL INSURANCE COMPANY OF AMERICA,** a foreign corporation, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

This case is before the court on the parties' Rule 26(f) Report (#27). This being an ERISA case, the matter is appropriate for dispositive motions. Accordingly,

**IT IS ORDERED:**

1. The parties shall have until **February 2, 2017,** to file the administrative record and applicable plan documents.

2. The defendant shall have until **February 16, 2017,** to file a motion and brief to affirm the administrator's decision.

3. The plaintiff shall have until **March 2, 2017,** to respond to the defendant's motion.

4. The defendant shall have until **March 16, 2017,** to file a reply.

5. Should the court require any further proceedings in the matter, the parties will be notified by the court.

Dated this 19th day of January 2017.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge