# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| RUTH SAKE,<br><br>    Plaintiff,<br><br>v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No. 8:16CV423<br><br>ORDER |

This matter is before the court on the parties' Joint Motion to Extend Deadlines (Filing No. 30). For good cause shown, the court finds the motion should be granted. Accordingly,

**IT IS ORDERED:**

1. The Joint Motion to Extend Deadlines (Filing No. 30) is granted.

2. The parties shall file the administrative record and plan documents by April 18, 2017.

3. Defendant shall file its Motion and Brief to affirm the administrator's decision by May 2, 2017.

4. Plaintiff shall file her Response to Defendant's motion by May 16, 2017.

5. Defendant shall file its Reply by May 30, 2017.

**ORDERED** THIS 31st day of January, 2017.

s/ F.A. Gossett
**UNITED STATES MAGISTRATE JUDGE**